UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DOLORES L. GRAY,<br>N.D. a minor,<br>SARA DALEY as guardian for N.D., a minor,<br><br>Defendants.<br><br>Matthew C. Boldt Recruited Counsel for Defendant Sarah Daley as guardian for N.D., a minor,<br>Jeffrey S. Dible Recruited Counsel for Defendant Delores L. Gray,<br>Adam Ira Recruited Counsel for Defendant Delores L. Gray,<br><br>Recruited Counsels. | No. 1:20-cv-01343-JPH-DML |

**ORDER ON INTERPLEADER AND ATTORNEY FEES AND COSTS**

Plaintiff, Hartford Life and Accident Insurance Company, has filed a motion to deposit funds and for interpleader discharge, requesting an order authorizing it to deposit the proceeds of an employee welfare-benefit plan and dismissing Hartford from this case with prejudice. Dkt. 13 at 7–8. Hartford has also filed a motion for attorney fees and costs, requesting $4,647.60 in fees and costs that were incurred in connection with this litigation. Dkt. 18. Defendants—Delores Gray, N.D., and Sara Daley as guardian of N.D.—"are

1

competing claimants with respect to the Proceeds." Dkt. 1 at 4. They are represented by recruited counsel, dkt. 19; dkt. 20, and have not opposed either of Hartford's motions.

For the reasons in the motions, Hartford's unopposed motion to deposit funds and for interpleader discharge is **GRANTED**, dkt. [13], and its unopposed motion for attorney fees and costs is **GRANTED**, dkt. [18]; *see* dkt. 18-1 (declaration in support); *Aaron v. Mahl*, 550 F.3d 659, 667 (7th Cir. 2008). Hartford **IS ORDERED** to deposit $45,352.40—the $50,000.00 at issue less $4,647.60 in attorney fees and costs—into the Court's registry under Federal Rule of Civil Procedure 67 **within fourteen days** of the date of this order. Once the funds have been deposited, the Court will dismiss Hartford from this action with prejudice.

**SO ORDERED.**

Date: 12/3/2020

                                                James Patrick Hanlon
                                                United States District Judge
                                                Southern District of Indiana

Distribution:

Rachel H. Beattie
SMITH VON SCHLEICHER & ASSOCIATES
rachel.beattie@svs-law.com

Matthew C. Boldt
LEWIS WAGNER LLP
mboldt@lewiswagner.com

Jeffrey Scott Dible
FROST BROWN TODD LLC (Indianapolis)
jdible@fbtlaw.com

Adam Spencer Ira
FROST BROWN TODD LLC (Indianapolis)
aira@fbtlaw.com

Warren von Schleicher
SMITH von SCHLEICHER & ASSOCIATES
warren.vonschleicher@svs-law.com

District Court Finance Department